| Date | In | Out | In | Out | Amount | Schedule | Min to Min Totals | Difference | | Regular Minutes | OT Minutes | | Min to Min Earnings | Earnings Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/5/2012 | 9:46 | 18:09 | | | 8.00 | 10:00/18:00 | 8.38 | 0.38 | | | | | | |
| 1/6/2012 | 9:53 | 18:07 | | | 8.00 | 10:00/18:00 | 8.23 | 0.23 | | 0.61 | | | $182.71 | $176.00 |
| | | | | | 16.00 | | | 0.61 | | | | | | |

| Date | In | Out | In | Out | Amount | Schedule | Min to Min Totals | Difference |
|---|---|---|---|---|---|---|---|---|
| 1/9/2012 | 9:50 | 18:01 | | | 8.00 | 10:00/18:00 | 8.18 | 0.18 |
| 1/10/2012 | 9:48 | 18:02 | | | 8.00 | 10:00/18:00 | 8.23 | 0.23 |
| 1/12/2012 | 11:48 | 18:00 | | | 6.20 | Unsch | 6.2 | 0.00 |
| 1/13/2012 | 9:47 | 11:27 | | | 1.45 | 10:00/18:00 | 1.67 | 0.22 |
| | | | | | 23.65 | | | 0.45 |

Min to Min Earnings: $265.10    Earnings Paid: $260.15

| Date | In | Out | In | Out | Amount | Schedule | Min to Min Totals | Difference |
|---|---|---|---|---|---|---|---|---|
| 3/23/2012 | 10:00 | 16:58 | | | 6.97 | 10:00/18:00 | 6.97 | 0.00 |
| 3/24/2012 | 10:32 | 17:56 | | | 7.40 | 10:00/18:00 | 7.4 | 0.00 |
| | | | | | 14.37 | | | 0.00 |

Min to Min Earnings: $143.70    Earnings Paid: $143.70

| Date | In | Out | In | Out | Amount | Schedule | Min to Min Totals | Difference |
|---|---|---|---|---|---|---|---|---|
| 3/26/2012 | 9:39 | 17:59 | | | 7.98 | 10:00/18:00 | 8.33 | 0.35 |
| 3/28/2012 | 9:58 | 18:07 | | | 8.00 | 10:00/18:00 | 8.15 | 0.15 |
| 3/30/2012 | 9:48 | 17:57 | | | 7.95 | 10:00/18:00 | 8.15 | 0.20 |
| 3/31/2012 | 9:37 | 17:55 | | | 7.92 | 10:00/18:00 | 8.3 | 0.38 |
| | | | | | 31.85 | | | 1.08 |

Min to Min Earnings: $329.30    Earnings Paid: $318.50

| Date | In | Out | In | Out | Amount | Schedule | Min to Min Totals | Difference |
|---|---|---|---|---|---|---|---|---|
| 4/2/2012 | 9:46 | 15:00 | | | 5.00 | 10:00/18:00 | 5.23 | 0.23 |
| 4/4/2012 | 9:53 | 13:23 | | | 3.38 | 10:00/18:00 | 3.5 | 0.12 |
| 4/5/2012 | 9:47 | 18:02 | | | 8.00 | 10:00/18:00 | 8.25 | 0.25 |
| 4/6/2012 | 9:56 | 17:57 | | | 7.95 | 10:00/18:00 | 8.02 | 0.07 |
| 4/7/2012 | 10:00 | 13:50 | | | 3.83 | 10:00/18:00 | 3.83 | 0.00 |
| | | | | | 28.17 | | | 0.67 |

Min to Min Earnings: $288.40    Earnings Paid: $281.70

| Date | In | Out | In | Out | Amount | Schedule | Min to Min Totals | Difference |
|---|---|---|---|---|---|---|---|---|
| 4/9/2012 | 9:48 | 18:01 | | | 8.00 | 10:00/18:00 | 8.22 | 0.22 |
| 4/11/2012 | 9:53 | 17:58 | | | 7.97 | 10:00/18:00 | 8.09 | 0.12 |
| 4/12/2012 | 9:57 | 17:59 | | | 7.98 | 10:00/18:00 | 8.03 | 0.05 |
| 4/13/2012 | 10:35 | 18:01 | | | 7.42 | 10:00/18:00 | 7.43 | 0.01 |
| 4/14/2012 | 9:38 | 17:53 | | | 7.88 | 10:00/18:00 | 8.25 | 0.37 |
| | | | | | 39.25 | | | 0.77 |

Regular Minutes: 0.75    OT Minutes: 0.02    Min to Min Earnings: $400.30    Earnings Paid: $392.50

| Date | In | Out | In | Out | Amount | Schedule | Min to Min Totals | Difference |
|---|---|---|---|---|---|---|---|---|
| 4/18/2012 | 9:43 | 18:00 | | | 8.00 | 10:00/18:00 | 8.28 | 0.28 |
| 4/19/2012 | 9:48 | 12:13 | | | 2.22 | 10:00/18:00 | 2.42 | 0.20 |
| | | | | | 10.22 | | | 0.48 |

Regular Minutes: 0.48    Min to Min Earnings: $107.00    Earnings Paid: $102.20

total hours: 4.04    OT: 0.02

Total $   $1,716.51    $1,674.75

**Exhibit A**

# Archived Time Card Report

Includes one single employee.

## Goldsmith, Richard*

| | |
|---|---|
| Location | Global Response Corporatic |
| Department | Brand Central Station |
| Cost Center | *All Employees |
| Badge | 0 |
| ID Number | Goldsmith |

| | |
|---|---|
| SSN | 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 |
| Class | F/T No Lunch |
| Hire Date | Fri Mar-23 12 |
| Rate | 0.0000 |

Mon Jan-02 12 to Sun Jan-08 12

| Date | In | Out | In | Out | Hours | Schedule | Exceptions |
|---|---|---|---|---|---|---|---|
| Thu Jan-05 12 | 9:46 | 18:09 | | | 8:00 | 10:00/18:00 | Arr. Early, Left Late |
| Thu Jan-05 12 | | | | | 8:00 | Regular | |
| Fri Jan-06 12 | 9:53 | 18:07 | | | 8:00 | 10:00/18:00 | Arr. Early, Left Late |
| Fri Jan-06 12 | | | | | 8:00 | Regular | |

| LOC-DEPT-CCC | Pay Designation | Hours | Rate | Dollars |
|---|---|---|---|---|
| PWA-100156-001 | Regular | 16:00 | 0.0000 | 0.0000 |

### Supervisor Edits

GRC 151

## Archived Time Card Report

Includes one single employee.

### Goldsmith, Richard*

| | |
|---|---|
| Location | Global Response Corporatio |
| Department | Brand Central Station |
| Cost Center | *All Employees |
| Badge | 0 |
| ID Number | Goldsmith |

| | |
|---|---|
| SSN | 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 |
| Class | F/T No Lunch |
| Hire Date | Fri Mar-23 12 |
| Rate | 0.0000 |

**Mon Jan-09 12 to Sun Jan-15 12**

| Date | In | Out | In | Out | Hours | Schedule | Exceptions |
|---|---|---|---|---|---|---|---|
| Mon Jan-09 12 | 9:50 | 18:01 | | | 8:00 | 10:00/18:00 | Arr. Early |
| Mon Jan-09 12 | | | | | 8:00 | Regular | |
| Tue Jan-10 12 | 9:48 | 18:02 | | | 8:00 | 10:00/18:00 | Arr. Early |
| Tue Jan-10 12 | | | | | 8:00 | Regular | |
| Thu Jan-12 12 | 11:48 | 18:00 | | | 6:12 | Unsch | Unsch. |
| Thu Jan-12 12 | | | | | 6:12 | Regular | |
| Fri Jan-13 12 | 9:47 | 11:27 | | | 1:27 | 10:00/18:00 | Arr. Early, Left Early, Under Sch. |
| Fri Jan-13 12 | | | | | 1:27 | Regular | |

| LOC-DEPT-CCC | Pay Designation | Hours | Rate | Dollars |
|---|---|---|---|---|
| PWA-100156-001 | Regular | 23:39 | 0.0000 | 0.0000 |

**Supervisor Edits**

GRC 152

## Archived Time Card Report

Includes one single employee.

### Goldsmith, Richard*

| | | | | | | |
|---|---|---|---|---|---|---|
| Location | Global Response Corporatic | SSN | 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 | | | |
| Department | Brand Central Station | Class | F/T No Lunch | | | |
| Cost Center | *All Employees | Hire Date | Fri Mar-23 12 | | | |
| Badge | 0 | Rate | 0.0000 | | | |
| ID Number | Goldsmith | | | | | |

Mon Mar-19 12 to Sun Mar-25 12

| Date | In | Out | In | Out | Hours | Schedule | Exceptions |
|---|---|---|---|---|---|---|---|
| Fri Mar-23 12 | 10:00 | 16:58 | | | 6:58 | 10:00/18:00 | Left Early |
| Fri Mar-23 12 | | | | | 0:00 | Slow | |
| Fri Mar-23 12 | | | | | 6.58 | Regular | |
| Sat Mar-24 12 | 10.32 | 17:56 | | | 7:24 | 10:00/18:00 | Tardy |
| Sat Mar-24 12 | | | | | 7:24 | Regular | |

| LOC-DEPT-CCC | Pay Designation | Hours | Rate | Dollars |
|---|---|---|---|---|
| PWA-100160-001 | Regular | 9:52 | 0.0000 | 0.0000 |
| PWA-100440-001 | Regular | 4.30 | 0.0000 | 0.0000 |
| PWA-100160-001 | Slow | 0:00 | 0.0000 | 0.0000 |

### Supervisor Edits

ANGELA Fri Mar-23 12 17:19 ADD PUN Fri Mar-23 12 10:11  
ANGELA Fri Mar-23 12 17:19 ADD PUN Fri Mar-23 12 16:58  
ANGELA:1 Mon Mar-26 12 9:57 DEL PUN Fri Mar-23 12 10:11  
ANGELA:1 Mon Mar-26 12 9:57 ADD PUN Fri Mar-23 12 10:00  
ANGELA:1 Mon Mar-26 12 9:57 TRANSFER TO PWA-100440-001 ON Fri Mar-23 12 AT 10:00  
ANGELA:1 Mon Mar-26 12 9:57 TRANSFER TO PWA-100160-001 ON Fri Mar-23 12 AT 14:30  
SAVI:1 Mon Mar-26 12 11:11 CREDIT 0:00 Slow PWA-100160-001 Fri Mar-23 12  

GRC 153

## Archived Time Card Report

Includes one single employee.

### Goldsmith, Richard*

| | | | |
|---|---|---|---|
| Location | Global Response Corporati | SSN | 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 |
| Department | Brand Central Station | Class | F/T No Lunch |
| Cost Center | *All Employees | Hire Date | Fri Mar-23 12 |
| Badge | 0 | Rate | 0.0000 |
| ID Number | Goldsmith | | |

Mon Mar-26 12 to Sun Apr-01 12

| Date | In | Out | In | Out | Hours | Schedule | Exceptions |
|---|---|---|---|---|---|---|---|
| Mon Mar-26 12 | 9:39 | 17:59 | | | 7:59 | 10:00/18:00 | Arr Early |
| Mon Mar-26 12 | | | | | 7:59 | Regular | |
| Wed Mar-28 12 | 9:58 | 18:07 | | | 8:00 | 10:00/18:00 | Left Late |
| Wed Mar-28 12 | | | | | 8:00 | Regular | |
| Fri Mar-30 12 | 9:48 | 17:57 | | | 7:57 | 10:00/18:00 | Arr Early |
| Fri Mar-30 12 | | | | | 7:57 | Regular | |
| Sat Mar-31 12 | 9:37 | 17:55 | | | 7:55 | 10:00/18:00 | Arr. Early |
| Sat Mar-31 12 | | | | | 7:55 | Regular | |

| LOC-DEPT-CCC | Pay Designation | Hours | Rate | Dollars |
|---|---|---|---|---|
| PWA-100160-001 | Regular | 31.51 | 0.0000 | 0.0000 |

### Supervisor Edits

GRC 154

## Archived Time Card Report

Includes one single employee.

### Goldsmith, Richard*

| | | |
|---|---|---|
| Location | Global Response Corporatic | SSN 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 |
| Department | Brand Central Station | Class F/T No Lunch |
| Cost Center | *All Employees | Hire Date Fri Mar-23 12 |
| Badge | 0 | Rate 0.0000 |
| ID Number | Goldsmith | |

Mon Apr-02 12 to Sun Apr-08 12

| Date | In | Out | In | Out | Hours | Schedule | Exceptions |
|---|---|---|---|---|---|---|---|
| Mon Apr-02 12 | 9:46 | 15:00 | | | 5:00 | 10:00/18:00 | Arr. Early, Left Early, Under Sch. |
| Mon Apr-02 12 | | | | | 0:00 | Slow | |
| Mon Apr-02 12 | | | | | 5:00 | Regular | |
| Wed Apr-04 12 | 9:53 | 13:23 | | | 3:23 | 10:00/18:00 | Arr. Early, Left Early, Under Sch. |
| Wed Apr-04 12 | | | | | 0:00 | Slow | |
| Wed Apr-04 12 | | | | | 3:23 | Regular | |
| Thu Apr-05 12 | 9:47 | 18:02 | | | 8:00 | 10:00/18:00 | Arr. Early |
| Thu Apr-05 12 | | | | | 8:00 | Regular | |
| Fri Apr-06 12 | 9:56 | 17:57 | | | 7:57 | 10:00/18:00 | |
| Fri Apr-06 12 | | | | | 7:57 | Regular | |
| Sat Apr-07 12 | 10:00 | 13:50 | | | 3:50 | 10:00/18:00 | Left Early, Under Sch. |
| Sat Apr-07 12 | | | | | 0:00 | Slow | |
| Sat Apr-07 12 | | | | | 3:50 | Regular | |

| LOC-DEPT-CCC | Pay Designation | Hours | Rate | Dollars |
|---|---|---|---|---|
| PWA-000840-001 | Regular | 8:00 | 0.0000 | 0.0000 |
| PWA-100160-001 | Regular | 20:10 | 0.0000 | 0.0000 |
| PWA-100160-001 | Slow | 0:00 | 0.0000 | 0.0000 |

### Supervisor Edits

SAVI:1 Tue Apr-03 12 15:26 DEL PUN Mon Apr-02 12 15:01
SAVI:1 Tue Apr-03 12 15:26 ADD PUN Mon Apr-02 12 15:00
SAVI:1 Tue Apr-03 12 15:26 CREDIT 0:00 Slow PWA-100160-001 Mon Apr-02 12
SAVI:1 Fri Apr-06 12 16:20 CREDIT 0:00 Slow PWA-100160-001 Wed Apr-04 12
ANGELA:1 Fri Apr-06 12 15:48 TRANSFER TO PWA-000840-001 ON Thu Apr-05 12 AT 10:00
FERNANDAP:1 Mon Apr-09 12 9:31 CREDIT 0:00 Slow PWA-100160-001 Sat Apr-07 12

GRC 155

## Archived Time Card Report

Includes one single employee.

### Goldsmith, Richard*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Location | | Global Response Corporati | | SSN | | 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 | |
| Department | | Brand Central Station | | Class | | F/T No Lunch | |
| Cost Center | | *All Employees | | Hire Date | | Fri Mar-23 12 | |
| Badge | | 0 | | Rate | | 0.0000 | |
| ID Number | | Goldsmith | | | | | |

Mon Apr-09 12 to Sun Apr-15 12

| Date | In | Out | In | Out | Hours | Schedule | Exceptions |
|---|---|---|---|---|---|---|---|
| Mon Apr-09 12 | 9:48 | 18:01 | | | 8:00 | 10:00/18:00 | Arr Early |
| Mon Apr-09 12 | | | | | 8:00 | Regular | |
| Wed Apr-11 12 | 9:53 | 17:58 | | | 7:58 | 10:00/18:00 | Arr Early |
| Wed Apr-11 12 | | | | | 7:58 | Regular | |
| Thu Apr-12 12 | 9:57 | 17:59 | | | 7:59 | 10:00/18:00 | |
| Thu Apr-12 12 | | | | | 7:59 | Regular | |
| Fri Apr-13 12 | 10:35 | 18:01 | | | 7:25 | 10:00/18:00 | Tardy |
| Fri Apr-13 12 | | | | | 7:25 | Regular | |
| Sat Apr-14 12 | 9:38 | 17:53 | | | 7:53 | 10:00/18:00 | Arr. Early, Left Early |
| Sat Apr-14 12 | | | | | 7:53 | Regular | |

| LOC-DEPT-CCC | Pay Designation | Hours | Rate | Dollars |
|---|---|---|---|---|
| PWA-100160-001 | Regular | 39.15 | 0.0000 | 0.0000 |

### Supervisor Edits

GRC 156

## Archived Time Card Report

Includes one single employee.

### Goldsmith, Richard*

| | |
|---|---|
| Location | Global Response Corporation |
| Department | Brand Central Station |
| Cost Center | *All Employees |
| Badge | 0 |
| ID Number | Goldsmith |

| | |
|---|---|
| SSN | 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 |
| Class | F/T No Lunch |
| Hire Date | Fri Mar-23 12 |
| Rate | 0.0000 |

**Mon Apr-16 12 to Sun Apr-22 12**

| Date | In | Out | In | Out | Hours | Schedule | Exceptions |
|---|---|---|---|---|---|---|---|
| Wed Apr-18 12 | 9:43 | 18:00 | | | 8:00 | 10:00/18:00 | Arr. Early |
| Wed Apr-18 12 | | | | | 8:00 | Regular | |
| Thu Apr-19 12 | 9:48 | 12:13 | | | 2:13 | 10:00/18:00 | Arr. Early, Left Early, Under Sch. |
| Thu Apr-19 12 | | | | | 2:13 | Regular | |

| LOC-DEPT-CCC | Pay Designation | Hours | Rate | Dollars |
|---|---|---|---|---|
| PWA-100160-001 | Regular | 10:13 | 0.0000 | 0.0000 |

**Supervisor Edits**

GRC 157