

## DAMIAN & VALORI LLP
### ATTORNEYS AT LAW

January 27, 2015

<u>Via FedEx No.: 772728249408</u>

Camar R. Jones, Esq.
Shavitz Law Group, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432

Re:  Murphy, et al. v. Global Response Corporation
     Case No.: 14-cv-62673-CIV-COHN/SELTZER

Dear Mr. Jones:

I enclose the following:

- Check no. 12012 to Camilo Abril in the amount of $450;
- Check no. 12016 to Camilo Abril in the amount of $415.57 ($450 less applicable tax withholdings);
- Check no. 12014 to Terry Murphy in the amount of $2,750;
- Check no. 12018 to Terry Murphy in the amount of $2,055.24 ($2,750 less applicable tax withholdings);
- Check no. 12015 to Richard Goldsmith in the amount of $100;
- Check no. 12017 to Richard Goldsmith in the amount of $92.35 ($100 less applicable tax withholdings).

The foregoing sums are being tendered unconditionally.

Sincerely,

Russell Landy

*Enclosures*

1000 BRICKELL AVENUE, SUITE 1020, MIAMI, FLORIDA 33131
T: 305.371.3960  •  F: 305.371.3965  •  W: WWW.DVLLP.COM

**Exhibit B**

# Global Response

Global Response Corporation
777 S. State Road 7 Margate, FL 33068-2803

**Bank of America**
ACH R/T 063100277
63-4-630

1/22/2015

Check #12017

PAY TO THE ORDER OF: Richard Goldsmith      $ **92.35

Ninety-Two and 35/100************************************************************************ DOLLARS

Richard Goldsmith

Void After 180 Days

AUTHORIZED SIGNATURE

MEMO

---

**Global Response Corporation**                                                                                   12017

Richard Goldsmith                                                              1/22/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/22/2015 | Bill | | 92.35 | 92.35 | | 92.35 |
| | | | | | Check Amount | 92.35 |

BOA Operating GRC                                                                                                  92.35

---

**Global Response Corporation**                                                                                   12017

Richard Goldsmith                                                              1/22/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/22/2015 | Bill | | 92.35 | 92.35 | | 92.35 |
| | | | | | Check Amount | 92.35 |

BOA Operating GRC                                                                                                  92.35

PRODUCT DLT103   USE WITH 91663 ENVELOPE   Deluxe For Business 1-800-225-6380 or www.nebs.com

**Global Response**

Global Response Corporation
777 S. State Road 7  Margate, FL  33068-2803

Bank of America.
ACH R/T 063100277
63-4-630

EZShield™ Check Fraud
Protection for Business

12015

1/22/2015

PAY TO THE ORDER OF   Richard Goldsmith                                                        $ **100.00

One Hundred and 00/100********************************************************************************DOLLARS

Richard Goldsmith

Void After 180 Days

AUTHORIZED SIGNATURE

MEMO

---

Global Response Corporation                                                                     12015
    Richard Goldsmith                                        1/22/2015
Date        Type  Reference          Original Amt.    Balance Due    Discount          Payment
1/22/2015   Bill                         100.00          100.00                          100.00
                                                                     Check Amount        100.00

BOA Operating GRC                                                                        100.00

Global Response Corporation                                                                     12015
    Richard Goldsmith                                        1/22/2015
Date        Type  Reference          Original Amt.    Balance Due    Discount          Payment
1/22/2015   Bill                         100.00          100.00                          100.00
                                                                     Check Amount        100.00

BOA Operating GRC                                                                        100.00

PRODUCT DLT103   USE WITH 91663 ENVELOPE   Deluxe For Business 1-800-225-6380 or www.nebs.com

**Global Response**
Global Response Corporation
777 S. State Road 7  Margate, FL  33068-2803

**Bank of America.**
ACH R/T 063100277
63-4-630

1/22/2015

PAY TO THE ORDER OF   Terry Murphy                                                                                         $  **2,055.24

Two Thousand Fifty-Five and 24/100*********************************************************************** DOLLARS

Terry Murphy

Void After 180 Days

AUTHORIZED SIGNATURE

MEMO

---

Global Response Corporation                                                                                                12018
    Terry Murphy                                                              1/22/2015
Date       Type   Reference           Original Amt.     Balance Due        Discount           Payment
1/22/2015  Bill                       2,055.24          2,055.24                               2,055.24
                                                                           Check Amount       2,055.24

BOA Operating GRC                                                                              2,055.24

Global Response Corporation                                                                                                12018
    Terry Murphy                                                              1/22/2015
Date       Type   Reference           Original Amt.     Balance Due        Discount           Payment
1/22/2015  Bill                       2,055.24          2,055.24                               2,055.24
                                                                           Check Amount       2,055.24

BOA Operating GRC                                                                              2,055.24

PRODUCT DLT103    USE WITH 91663 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com

**Bank of America**
ACH R/T 063100277
63-4-630

**Global Response**
Global Response Corporation
777 S. State Road 7 Margate, FL 33068-2803

12014

1/22/2015

PAY TO THE ORDER OF: Terry Murphy          $ **2,750.00

Two Thousand Seven Hundred Fifty and 00/100************************************************************************ DOLLARS

Terry Murphy

Void After 180 Days

AUTHORIZED SIGNATURE

MEMO

---

**Global Response Corporation**                                                                 12014

Terry Murphy                                                        1/22/2015
Date        Type   Reference          Original Amt.    Balance Due    Discount        Payment
1/22/2015   Bill                      2,750.00         2,750.00                       2,750.00
                                                                      Check Amount    2,750.00

BOA Operating GRC                                                                     2,750.00

**Global Response Corporation**                                                                 12014

Terry Murphy                                                        1/22/2015
Date        Type   Reference          Original Amt.    Balance Due    Discount        Payment
1/22/2015   Bill                      2,750.00         2,750.00                       2,750.00
                                                                      Check Amount    2,750.00

BOA Operating GRC                                                                     2,750.00

PRODUCT DLT103   USE WITH 91663 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com

**Global Response**
Global Response Corporation
777 S. State Road 7  Margate, FL  33068-2803

**Bank of America.**
ACH R/T 063100277
63-4-630

1/22/2015

PAY TO THE ORDER OF: Camilo Abril          $ **415.57

Four Hundred Fifteen and 57/100************************************************************************ DOLLARS

Camilo Abril

Void After 180 Days

AUTHORIZED SIGNATURE

MEMO

12016

---

Global Response Corporation                                                                 12016
    Camilo Abril                                                            1/22/2015
Date        Type  Reference           Original Amt.    Balance Due      Discount         Payment
1/22/2015   Bill                         415.57          415.57                           415.57
                                                                    Check Amount          415.57

BOA Operating GRC                                                                         415.57

Global Response Corporation                                                                 12016
    Camilo Abril                                                            1/22/2015
Date        Type  Reference           Original Amt.    Balance Due      Discount         Payment
1/22/2015   Bill                         415.57          415.57                           415.57
                                                                    Check Amount          415.57

BOA Operating GRC                                                                         415.57

PRODUCT DLT103    USE WITH 91663 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com

**Global Response**

Global Response Corporation
777 S. State Road 7  Margate, FL  33068-2803

**Bank of America.**
ACH R/T 063100277
63-4-630

EZShield™ Check Fraud Protection for Business

12012

1/22/2015

PAY TO THE ORDER OF __Camilo Abril_____  $ **450.00

Four Hundred Fifty and 00/100******************************************************************** DOLLARS

Camilo Abril

Void After 180 Days

AUTHORIZED SIGNATURE

MEMO

---

Global Response Corporation                                                                 12012
    Camilo Abril                                                         1/22/2015
Date       Type    Reference           Original Amt.    Balance Due      Discount          Payment
1/22/2015  Bill                           450.00          450.00                             450.00
                                                                         Check Amount        450.00

BOA Operating GRC                                                                            450.00

Global Response Corporation                                                                 12012
    Camilo Abril                                                         1/22/2015
Date       Type    Reference           Original Amt.    Balance Due      Discount          Payment
1/22/2015  Bill                           450.00          450.00                             450.00
                                                                         Check Amount        450.00

BOA Operating GRC                                                                            450.00

PRODUCT DLT103    USE WITH 91663 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com