UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-cv-62673-Cohn/Seltzer

TERRY MURPHY, on his own behalf and
others similarly situated,

    Plaintiff,

v.

GLOBAL RESPONSE CORPORATION,
a Florida corporation,

    Defendant.
_____/

**OFFER OF JUDGMENT**

    Pursuant to Federal Rule of Civil Procedure 68, Defendant, Global Response Corporation, hereby offers to allow judgment to be taken against it and in favor of the Plaintiff, Richard Goldsmith, on all Counts of the Complaint in this action in the total amount of TWO HUNDRED Dollars ($200.00), plus interest (if any) and a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff, and including fees and costs incurred in establishing the amount of fees and costs, to be determined by the Court. Global Response Corporation has already unconditionally tendered to the Plaintiff, Richard Goldsmith, the above mentioned total amount of $200.00 (less applicable tax withholdings) pursuant to the attached enclosure letter.  This amount is intended to include liquidated damages.  To the extent punitive damages are sought, this offer is intended to include them. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendants are liable in this action, or that the Plaintiff has suffered any damage.

**Exhibit C**

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

Respectfully submitted,

s/Russell Landy
Russell Landy
Florida Bar No.: 0044417
Peter F. Valori
Florida Bar No. 0043516
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Email: pvalori@dvllp.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was ***served, but not filed***, on January 27, 2015 upon all counsel or parties of record on the attached service list.

s/Russell Landy
*Counsel for Defendant*

2

## SERVICE LIST

**Camar R. Jones, Esq.**
cjones@shavitzlaw.com
Shavitz Law Group, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
*Attorneys for Plaintiff*

**Peter F. Valori, Esq.**
pvalori@dvllp.com
**Russell Landy, Esq.**
rlandy@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-cv-62673-Cohn/Seltzer

TERRY MURPHY, on his own behalf and
others similarly situated,

    Plaintiff,

v.

GLOBAL RESPONSE CORPORATION,
a Florida corporation,

    Defendant.
_____/

## OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, Defendant, Global Response Corporation, hereby offers to allow judgment to be taken against it and in favor of the Plaintiff, Terry Murphy, on all Counts of the Complaint in this action in the total amount of FIVE THOUSAND FIVE HUNDRED Dollars ($5,500.00), plus interest (if any) and a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff, and including fees and costs incurred in establishing the amount of fees and costs, to be determined by the Court. Global Response Corporation has already unconditionally tendered to the Plaintiff, Terry Murphy, the above mentioned total amount of $5,500.00 (less applicable tax withholdings) pursuant to the attached enclosure letter. This amount is intended to include liquidated damages.  To the extent punitive damages are sought, this offer is intended to include them. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendants are liable in this action, or that the Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

Respectfully submitted,

s/Russell Landy
Russell Landy
Florida Bar No.: 0044417
Peter F. Valori
Florida Bar No. 0043516
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  (305) 371-3960
Facsimile:   (305) 371-3965
Email: pvalori@dvllp.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was ***served, but not filed***, on January 27, 2015 upon all counsel or parties of record on the attached service list.

s/Russell Landy
*Counsel for Defendant*

2

## SERVICE LIST

**Camar R. Jones, Esq.**
cjones@shavitzlaw.com
Shavitz Law Group, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
*Attorneys for Plaintiff*

**Peter F. Valori, Esq.**
pvalori@dvllp.com
**Russell Landy, Esq.**
rlandy@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-cv-62673-Cohn/Seltzer

TERRY MURPHY, on his own behalf and
others similarly situated,

    Plaintiff,

v.

GLOBAL RESPONSE CORPORATION,
a Florida corporation,

    Defendant.
_____/

## **OFFER OF JUDGMENT**

    Pursuant to Federal Rule of Civil Procedure 68, Defendant, Global Response Corporation, hereby offers to allow judgment to be taken against it and in favor of the Plaintiff, Camilo Abril, on all Counts of the Complaint in this action in the total amount of NINE HUNDRED Dollars ($900.00), plus interest (if any) and a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff, and including fees and costs incurred in establishing the amount of fees and costs, to be determined by the Court.  Global Response Corporation has already unconditionally tendered to the Plaintiff, Camilo Abril, the above mentioned total amount of $900.00 (less applicable tax withholdings) pursuant to the attached enclosure letter. This amount is intended to include liquidated damages.  To the extent punitive damages are sought, this offer is intended to include them. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendants are liable in this action, or that the Plaintiff has suffered any damage.

This offer of judgment, whether accepted or rejected, is not to be admissible as evidence of liability in any proceeding.

Respectfully submitted,

s/Russell Landy
Russell Landy
Florida Bar No.: 0044417
Peter F. Valori
Florida Bar No. 0043516
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  (305) 371-3960
Facsimile:   (305) 371-3965
Email: pvalori@dvllp.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was ***served, but not filed***, on January 27, 2015 upon all counsel or parties of record on the attached service list.

s/Russell Landy
*Counsel for Defendant*

2

## SERVICE LIST

**Camar R. Jones, Esq.**
cjones@shavitzlaw.com
Shavitz Law Group, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
*Attorneys for Plaintiff*

**Peter F. Valori, Esq.**
pvalori@dvllp.com
**Russell Landy, Esq.**
rlandy@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Attorneys for Defendant*