UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-cv-62673-Cohn/Seltzer

TERRY MURPHY, on his own behalf and
others similarly situated,

    Plaintiff,

v.

GLOBAL RESPONSE CORPORATION,
a Florida corporation,

    Defendant.
_____/

## DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Rule 7.5 Global Response provides the following statement of undisputed material facts in support of its Motion for Summary Judgment, filed concurrently herewith, and states:

1. Plaintiffs were required to clock-in at the beginning of their shifts, and clock-out upon completion of their work. *See* ECF No. 26-1.

2. The Plaintiffs entered their own time. *Id.*

3. Global Response provided the Plaintiffs with time card reports for the relevant term of their employment, and a summary of those reports. *See* ECF No. 25-1 and 33-2 and **Exhibit A**.

4. Global Response Corporation's records accurately reflect the clock in and clock out times of the Plaintiffs. *See* **Exhibit B**.

5. Plaintiffs Abril, Sylverain, Scott, Walters, and Walker admit that the Defendant's time records accurately reflect the clock in and clock out times. *See* Deposition of Camilo Abril

at p. 13 lines 4-9; *See* Deposition of Henry Sylverain at pp. 9, 17; *see also* Deposition of Kimesha Scott at p. 17; *see also* Deposition of Shadene Walters at pp. 11-12, 15; *see also* Deposition of Shamika Walker at pp. 29, 45-46.

6. Further, at deposition, with exception of Mr. Murphy, who attempted to improperly contradict his court ordered, and court, filed statement of claim, each Plaintiff was unable to state the amount of wages which they allege they are owed, and therefore, were unable to dispute that the time records reflected their clock in and clock out times. *See* Deposition of Abril at pp. 8-9; *see also* Deposition of Murphy at p. 24; *see also* Deposition of Walker at pp. 25, 33-34; *see also* Deposition of Scott at pp. 9-10, 16, 33; *see also* Deposition of Sylverain at pp. 14, 15, 17; *see also* Deposition of Walters at p. 8. Excerpts of the Plaintiffs' depositions are attached hereto as **Composite Exhibit C**.

7. On January 27, 2015, the Defendant tendered to the Plaintiffs Murphy and Abril amounts in excess of the Plaintiffs' claims set forth in their statements of claim (less applicable tax withholdings). *See* ECF No. 25-2.

8. Global Response has also tendered to each of the other Plaintiffs amounts in excess of the Plaintiffs' claims (less applicable tax withholdings). *See* ECF No. 26-1 at ¶ 8 and 33-3.

9. On January 7, 2015, and January 13, 2015, Global Response served Plaintiffs Murphy and Abril each with offers of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, for amounts in excess of their stated claims, plus interest (if any) and a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiffs, and including fees and costs incurred in establishing the amount of fees and costs, to be determined by the Court. *See* ECF No. 26-1 at ¶ 7 and 26-6 at p. 1-9.

10. On January 27, 2015, along with payment to each Plaintiff, the Defendant served

each Mr. Murphy and Mr. Abril with another Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, for an amount in excess of their claim, plus interest (if any) and a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff, and including fees and costs incurred in establishing the amount of fees and costs, to be determined by the Court.  *See* ECF No. 25-3.

11. On February 24, 2015, the Defendant served Plaintiffs, Walters, Scott, Walker, and Sylverain with offers of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in excess of the amount of their claims, plus interest (if any) and a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff, and including fees and costs incurred in establishing the amount of fees and costs, to be determined by the Court.  *See* ECF No. 33 at p. 5-6.

12. At deposition, Plaintiffs, Sylverain, Scott, Walters, and Walker claimed that it took a few minutes for them to log into their computer systems before they were able to clock in. *See* Deposition of Henry Sylverain at pp. 9, 17 (five to ten minutes); *see also* Deposition of Kimesha Scott at p. 17 (5 minutes); *see also* Deposition of Shadene Walters at pp. 11-12, 15 (five minutes); *see also* Deposition of Shamika Walker at pp. 29, 45-46 (ten minutes).

13. Based upon the foregoing testimony, on April 10, 2015, the Defendant unconditionally tendered to the Plaintiff Walters an amount in excess of any amounts claimed due based upon the time spent logging into any computer systems (less applicable tax withholdings).  *See* **Exhibit B** at Exhibit 1.

14. The prior tender and offers to the other Plaintiffs were sufficient to cover any additional claimed time spent logging in to any computer systems at to the other Plaintiffs. A summary of the calculations including these increased claimed amounts are attached hereto as

**Exhibit D**.

15.     And, on April 10, 2015, along with payment to Ms. Walters, the Defendant served her with another Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, for an amount in excess of her claim, plus interest (if any) and a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiffs, and including fees and costs incurred in establishing the amount of fees and costs, to be determined by the Court.

16.     Plaintiffs have been unconditionally tendered the wages they claimed are owed to them under the Plaintiffs' version of the case.  *See* **Exhibit B**.

Respectfully submitted,

s/Russell Landy
Russell Landy
Florida Bar No.: 0044417
Peter F. Valori
Florida Bar No. 0043516
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  (305) 371-3960
Facsimile:   (305) 371-3965
Email: pvalori@dvllp.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on April 10, 2015 upon all counsel or parties of record on the attached service list.

s/Russell Landy
*Counsel for Defendant*

## SERVICE LIST

**Camar R. Jones, Esq.**
cjones@shavitzlaw.com
Shavitz Law Group, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
*Attorneys for Plaintiff*


**Peter F. Valori, Esq.**
pvalori@dvllp.com
**Russell Landy, Esq.**
rlandy@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Attorneys for Defendant*