UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-cv-62673-Cohn/Seltzer

TERRY MURPHY, on his own behalf and
others similarly situated,

    Plaintiff,

v.

GLOBAL RESPONSE CORPORATION,
a Florida corporation,

    Defendant.
_____/

**DECLARATION OF FRANK SHOOTER IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Frank Shooster, pursuant to 28 U.S.C. § 1746, state:

1.    I am over 21 years of age and competent to make this declaration upon my personal knowledge.

2.    I am Co-CEO and Chief Legal Counsel for Global Response Corporation ("Global Response").

3.    On April 10, 2015, the Defendant unconditionally tendered to Plaintiff Shadeen Walters amounts in excess of any amounts claimed due based upon the time allegedly spent logging into any computer systems (less applicable tax withholdings).  See **Exhibit 1**.

4.    On April 10, 2015, Global Response served Plaintiffs Walters with and offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, for an amount in excess of her stated claim, plus interest (if any) and a reasonable amount of attorneys' fees and costs incurred to date by the Plaintiff, and including fees and costs incurred in establishing the amount

of fees and costs, to be determined by the Court.

5. Global Response has tendered to each Plaintiff amounts in excess of each Plaintiffs' claims (less applicable tax withholdings) as set forth in Global Response's motion for summary judgment at page 6.

6. Global Response Corporation's records accurately reflect the clock in and clock out times of the Plaintiffs.

## DECLARATION - 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct.

_____
Frank Shooster

Executed: April 10, 2015.



April 10, 2015

*Via FedEx No.: 773341555301*

Camar R. Jones, Esq.
Shavitz Law Group, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432

      Re:    **Murphy, et al. v. Global Response Corporation**
                **Case No.: 14-cv-62673-CIV-COHN/SELTZER**

Dear Mr. Jones:

    I enclose the following:

- Check no. 13145 to Shadene Walters in the amount of $25.00;
- Check no. 13146 to Shadene Walters in the amount of $23.09.

    The foregoing sums are being tendered unconditionally.

                                   Sincerely,

                                   Russell Landy

*Enclosures*

1000 Brickell Avenue, Suite 1020, Miami, Florida 33131
T: 305.371.3960 • F: 305.371.3965 • W: www.dvllp.com

**Exhibit 1**

## Global Response

Global Response Corporation
777 S. State Road 7 Margate, FL 33068-2803

Bank of America
Branch 55555

63-4-630

EZShield™ Check Fraud Protection for Business

13146

4/9/2015

PAY TO THE ORDER OF  Shadene Walters                                                        $ **23.09

Twenty-Three and 09/100****************************************************************************DOLLARS

Shadene Walters

Void After 180 Days

AUTHORIZED SIGNATURE

MEMO

⑈013146⑈

| Global Response Corporation | | | | | | 13146 |
|---|---|---|---|---|---|---|
| Shadene Walters | | | | 4/9/2015 | | |
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 4/9/2015 | Bill | | 23.09 | 23.09 | | 23.09 |
| | | | | | Check Amount | 23.09 |

BOA Operating GRC                                                                                      23.09

| Global Response Corporation | | | | | | 13146 |
|---|---|---|---|---|---|---|
| Shadene Walters | | | | 4/9/2015 | | |
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 4/9/2015 | Bill | | 23.09 | 23.09 | | 23.09 |
| | | | | | Check Amount | 23.09 |

BOA Operating GRC                                                                                      23.09

PRODUCT DLT103    USE WITH 91663 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com

**Global Response**

Global Response Corporation
777 S. State Road 7  Margate, FL  33068-2803

Bank of America
Branch 55555
63-4-630

13145

4/9/2015

PAY TO THE ORDER OF   Shadene Walters                              $  **25.00

Twenty-Five and 00/100************************************************************************************** DOLLARS

Shadene Walters

Void After 180 Days

AUTHORIZED SIGNATURE

MEMO

⑂013145⑂

| Global Response Corporation | | | | | | 13145 |
|---|---|---|---|---|---|---|
| Shadene Walters | | | | 4/9/2015 | | |
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 4/9/2015 | Bill | | 25.00 | 25.00 | | 25.00 |
| | | | | | Check Amount | 25.00 |

BOA Operating GRC                                                                 25.00

| Global Response Corporation | | | | | | 13145 |
|---|---|---|---|---|---|---|
| Shadene Walters | | | | 4/9/2015 | | |
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 4/9/2015 | Bill | | 25.00 | 25.00 | | 25.00 |
| | | | | | Check Amount | 25.00 |

BOA Operating GRC                                                                 25.00

PRODUCT DLT103   USE WITH 91663 ENVELOPE   Deluxe For Business 1-800-225-6380 or www.nebs.com